**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>  Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>  Intervenors. | CIVIL ACTION NO. 2:16-cv-55-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE**

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile") and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy (collectively "NSN") hereby notify the Court that on October 26, 2016, they served upon opposing counsel a list of claim terms, phrases, or clauses which Defendants and Intervenors contend should be construed by the Court or should be governed by 35 U.S.C. § 112, ¶ 6, as required pursuant to P.R. 4-1 and the Court's Docket Control Order (2:16-cv-55-JRG-RSP, Dkt. No. 79).

                                        Respectfully submitted,

October 26, 2016                    */s/ Mark D. Selwyn (with permission)*
                                        Mark D. Selwyn
                                        (California Bar No. 244180)
                                        Kathryn D. Zalewski
                                        (California Bar No. 263119)
                                        WILMER CUTLER PICKERING HALE
                                        AND DORR LLP
                                        950 Page Mill Road
                                        Palo Alto, California 94304
                                        Tel. 650-858-6000

                                        Joseph J. Mueller
                                        (Massachusetts Bar No. 647567)
                                        Cynthia Vreeland
                                        (Texas Bar No. 20625150
                                        Massachusetts Bar No. 635143)
                                        WILMER CUTLER PICKERING HALE
                                        AND DORR LLP
                                        60 State Street
                                        Boston, MA 02109
                                        Tel. 617-526-6000

                                        Michael E. Jones
                                        SBN: 10929400
                                        POTTER MINTON, PC
                                        110 North College, Suite 500
                                        Tyler, Texas 75702
                                        Tel. 903-597-8311
                                        Fax 903-593-0846
                                        Email: mikejones@potterminton.com

                                        *Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

                                        */s/ John D. Haynes*
                                        John Haynes (GA Bar No. 340599)
                                        Patrick Flinn (GA Bar No. 264540)
                                        Michael C. Deane (GA Bar No. 498195)
                                        Nicholas Tsui (GA Bar No. 982502)
                                        ALSTON & BIRD LLP
                                        1201 W. Peachtree St.
                                        Atlanta, GA 30309-3424
                                        Telephone: (404) 881-7000
                                        Facsimile: (404) 881-7777

Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com

Michael J. Newton (TX Bar No. 24003844)
Derek Neilson (TX Bar No. 24072255)
ALSTON & BIRD LLP
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
Linda Chang (NC Bar No. 44290)
Robert Caison (NC Bar No. 46632)
Samuel Merritt (NC Bar No. 47945)
M. Joseph Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Linda.Chang@alston.com
Email: Robert.Caison@alston.com
Email: Sam.Merritt@alston.com
Email: Ravi.Fernando@alston.com

Marsha E. Diedrich (CA Bar No. 93709)
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: Marsha.Diedrich@alston.com

Thomas Davison (FL Bar No. 55687)
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW

Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Tom.Davison@alston.com

Deron R. Dacus
Texas State Bar No. 790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2016, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                 */s/ John D. Haynes*
                 John Haynes