**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | | | |
|---|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| T-MOBILE US, INC. and T-MOBILE USA, INC., | ) | Civil Nos. | 2:16-cv-00052-JRG-RSP |
| | ) | | 2:16-cv-00055-JRG-RSP |
| | ) | | 2:16-cv-00056-JRG-RSP |
| Defendants, | ) | | 2:16-cv-00057-JRG-RSP |
| | ) | | |
| NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., | ) | **Jury Trial Demanded** | |
| | ) | | |
| Intervenors. | ) | | |
| | ) | | |

**NOTICE OF ATTORNEY APPEARANCE**

Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court and all parties and counsel of record that Matthew P. Chiarizio, Texas State Bar No. 24087294, enters his appearance as counsel for Ericsson in the above-styled and numbered proceedings:

> Matthew P. Chiarizio
> HAYNES AND BOONE, LLP
> 2323 Victory Avenue, Suite 700
> Dallas, Texas 75219
> Tel.: (214) 651-5132
> Fax: (214) 200-0556
> matthew.chiarizio@haynesboone.com

Counsel hereby requests notice and copies of all pleadings, discovery, correspondence, and any other documents relating to these matters to be served upon him.

Dated: December 12, 2016

Respectfully submitted,

*/s/ Matthew P. Chiarizio*
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Hamilton C. Simpson
State Bar No. 24083862
Matthew P. Chiarizio
State Bar No. 24087294
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
       jamie.mcdole@haynesboone.com
       charlie.jones@haynesboone.com
       michael.karson@haynesboone.com
       hamilton.simpson@haynesboone.com
       matthew.chiarizio@haynesboone.com

Jason T. Lao
California State Bar No. 288161
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Tel.: (949) 202-3000
Fax: (949) 202-3001
Email: jason.lao@haynesboone.com

***Attorneys for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of this filing to all counsel of record.

*/s/ Matthew P. Chiarizio*