**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | | |
|---|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| T-MOBILE US, INC. and T-MOBILE USA, INC., | ) | Civil Nos. | 2:16-cv-00052-JRG-RSP |
| | ) | | 2:16-cv-00055-JRG-RSP |
| | ) | | 2:16-cv-00056-JRG-RSP |
| Defendants, | ) | | 2:16-cv-00057-JRG-RSP |
| | ) | | |
| NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., | ) | | **Jury Trial Demanded** |
| | ) | | |
| Intervenors. | ) | | |

**NOTICE OF ATTORNEY APPEARANCE**

Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court and all parties and counsel of record that Michael D. Karson, Texas State Bar No. 24090198, enters his appearance as counsel for Ericsson in the above-styled and numbered proceedings:

> Michael D. Karson
> HAYNES AND BOONE, LLP
> 2323 Victory Avenue, Suite 700
> Dallas, Texas 75219
> Tel.: (214) 651-5110
> Fax: (214) 200-0707
> michael.karson@haynesboone.com

Counsel hereby requests notice and copies of all pleadings, discovery, correspondence, and any other documents relating to these matters to be served upon him.

| | |
|---|---|
| Dated: December 12, 2016 | Respectfully submitted,<br><br>*/s/ Michael D. Karson*<br>Phillip B. Philbin<br>LEAD ATTORNEY<br>State Bar No. 15909020<br>Jamie H. McDole<br>State Bar No. 24082049<br>Charles M. Jones II<br>State Bar No. 24054941<br>Michael D. Karson<br>State Bar No. 24090198<br>Hamilton C. Simpson<br>State Bar No. 24083862<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue<br>Suite 700<br>Dallas, Texas 75219<br>Tel.: (214) 651-5000<br>Fax: (214) 651-5940<br>Email: phillip.philbin@haynesboone.com<br>         jamie.mcdole@haynesboone.com<br>         charlie.jones@haynesboone.com<br>         michael.karson@haynesboone.com<br>         hamilton.simpson@haynesboone.com<br><br>***Attorneys for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*** |

2

*Huawei Techs. Co. v. T-Mobile US, Inc., et al.*,
Nos. 2:16-cv-52-JRG-RSP (E.D. Tex.),
2:16-cv-55-JRG-RSP (E.D. Tex.),
2:16-cv-56-JRG-RSP (E.D. Tex.),
2:16-cv-57-JRG-RSP (E.D. Tex.).

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 12, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of such filing to all counsel of record.


                */s/ Michael D. Karson*
                Michael D. Karson

3

*Huawei Techs. Co. v. T-Mobile US, Inc., et al.*,
Nos. 2:16-cv-52-JRG-RSP (E.D. Tex.),
2:16-cv-55-JRG-RSP (E.D. Tex.),
2:16-cv-56-JRG-RSP (E.D. Tex.),
2:16-cv-57-JRG-RSP (E.D. Tex.).