IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and <br> T-MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., <br><br> Intervenors. | Civil Action No. 2:16-cv-00052-JRG-RSP <br> Civil Action No. 2:16-cv-00055-JRG-RSP <br> Civil Action No. 2:16-cv-00056-JRG-RSP <br> Civil Action No. 2:16-cv-00057-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Huawei Technologies Co. Ltd. ("Plaintiff") files this Notice of Appearance of Counsel, and hereby notifies the Court that Jackob Ben-Ezra, of the law firm Fish & Richardson P.C., located at 1221 McKinney Street, Suite 2800, Houston, Texas 77010, is appearing as counsel for Plaintiff in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated: February 17, 2017                              Respectfully submitted,

                                                             By: */s/ Jackob Ben-Ezra*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Linda Kordziel
DC Bar No. 446386
kordziel@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063

>Telephone: (650) 839-5070
>Facsimile: (650) 839-5071
>
>Kevin Su
>Massachusetts Bar No. 663726
>su@fr.com
>**FISH & RICHARDSON P.C.**
>One Marina Park Drive
>Boston, MA 02210
>Telephone: (617) 542-5070
>Facsimile: (617) 542-8906
>
>Jackob Ben-Ezra
>Texas Bar No. 24073907
>ben-ezra@fr.com
>**FISH & RICHARDSON P.C.**
>1221 McKinney Street, Suite 2800
>Houston, TX 77010
>(713) 654-5300 (Telephone)
>(713) 652-0109 (Facsimile)
>
>**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 17, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/ Jackob Ben-Ezra*
>Jackob Ben-Ezra