UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>**Plaintiff,**<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>**Defendants,**<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>**Intervenors.** | **Civil Action No. 2:16-cv-00052-JRG-RSP**<br>**Civil Action No. 2:16-cv-00055-JRG-RSP**<br>**Civil Action No. 2:16-cv-00056-JRG-RSP**<br>**Civil Action No. 2:16-cv-00057-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE**

Plaintiff Huawei Technologies Co. Ltd., Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy and Telefonaktiebolaget LM Ericsson and Ericsson Inc. hereby notify the Court that lead and local counsel for all parties met and conferred pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes on May 25 and June 14, 2017 regarding the motions currently scheduled for hearing on June 16, 2017 at 9:00 a.m. As a result of the meet and confer process, the parties were able to resolve their disputes as to the following two motions filed in the above actions:

- Huawei's Motion to Compel Source Code Computer at Depositions (Dkt. No. 205 in -52 action; Dkt. No. 195 in -55 action; Dkt. No. 197 in -56 action; Dkt. No. 192 in -57 action)[1]; and

---

[1] As part of resolving this dispute, Huawei and NSN will be contemporaneously filing a Joint Stipulation in the above actions.

- Huawei's Motions to Compel T-Mobile to Produce a Properly Prepared 30(b)(6) Witness (Dkt. No. 217 in -52 action; Dkt. No. 207 in -55 action; Dkt. No. 208 in -56 action; Dkt. No. 203 in -57 action)[2].

Huawei and NSN were further able to resolve their disputes as to the following motion filed in the NSN v. Huawei set of cases that is also scheduled to be heard on June 16:

- NSN's Motion to Compel the Production of Source Code (Dkt. No. 78) filed in Case No. 2:16-cv-753; -754; -755; -756[3].

Leaving only one remaining motion to be heard by the Court on June 16:

- T-Mobile's Motion to Compel Huawei to Produce Discovery Regarding Disclosure of the Asserted Patents to ETSI (Dkt. No. 215 in -52 action; Dkt. No. 205 in -55 action; Dkt. No. 206 in -56 action; Dkt. No. 201 in -57 action).

---

[2] This is a corrected version of Huawei's Motion to Compel a 30(b)(6) Witness (Dkt. No. 216 in -52 action; Dkt. No. 206 in -55 action; Dkt. No. 207 in -56 action; Dkt. No. 202 in -57 action).

[3] As part of resolving this dispute, Huawei and NSN will be contemporaneously filing a Joint Stipulation in the NSN v. Huawei set of cases (Case No. 2:16-cv-753; -754; -755; -756).

Dated: June 15, 2017                                    Respectfully submitted,

By: */s/ David Barkan*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
**FISH & RICHARDSON P.C.**
901 15th Street, NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

*/s/Mark D. Selwyn*
Mark D. Selwyn
(California Bar No. 244180)
Kathryn D. Zalewski
(California Bar No. 263119)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000

Joseph J. Mueller
(Massachusetts Bar No. 647567)
Cynthia Vreeland
(Texas Bar No. 20625150
Massachusetts Bar No. 635143)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

*/s/ John Haynes*
John Haynes (GA Bar No. 340599)
Patrick Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
Nicholas Tsui (GA Bar No. 982502)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309-3424

Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com

Michael J. Newton
(TX Bar No. 24003844)
Derek Neilson
(TX Bar No. 24072255)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
Linda Chang (NC Bar No. 44290)
Robert Caison (NC Bar No. 46632)
Samuel Merritt (NC Bar No. 47945)
M. Joseph Fernando (NC Bar No. 49199)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Linda.Chang@alston.com
Email: Robert.Caison@alston.com
Email: Sam.Merritt@alston.com
Email: Ravi.Fernando@alston.com

Marsha E. Diedrich
(CA Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: Marsha.Diedrich@alston.com

Thomas Davison
(FL Bar No. 55687)
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Tom.Davison@alston.com

Deron R. Dacus
Texas State Bar No. 790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*


*/s/Phillip B. Philbin*
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Hamilton C. Simpson
State Bar No. 24083862
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700

6

        Dallas, Texas 75219
        Tel.: (214) 651-5000
        Fax: (214) 651-5940
        Email: phillip.philbin@haynesboone.com
        jamie.mcdole@haynesboone.com
        charlie.jones@haynesboone.com
        michael.karson@haynesboone.com
        hamilton.simpson@haynesboone.com

*Counsel for Intervenors*
*Telefonaktiebolaget LM Ericsson and*
*Ericsson Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 15, 2017, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                /s/David Barkan