# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>    Intervenors. | Nos. 2:16-cv-0052-JRG-RSP<br>     2:16-cv-0055-JRG-RSP<br>     2:16-cv-0056-JRG-RSP<br>     2:16-cv-0057-JRG-RSP<br><br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION

Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy (collectively, "NSN") and Plaintiff Huawei Technologies Co. Ltd. ("Huawei") hereby stipulate as follows:

1. For purposes of the above-captioned actions only, NSN agrees that it will not contest that any NSN source code identified in the Expert Report of Walter Overby dated June 5, 2017 that was made available by NSN for inspection by Huawei is not compiled into the software delivered to T-Mobile for use in T-Mobile's networks.

2. Nothing in this stipulation shall prevent NSN from contesting that software delivered to T-Mobile for use in T-Mobile's networks is not actually used by T-Mobile or its

customers, or that T-Mobile's networks are not configured to make use of any such software.

Dated: June 15, 2017

/s/ John D. Haynes
By: Deron Dacus
State Bar No: 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117
(903) 581-2543 – Facsimile
Email: ddacus@dacusfirm.com

Patrick Flinn (GA Bar No. 264540)
John Haynes (GA Bar No. 340599)
Wesley C. Achey (GA Bar No. 141284)
David S. Frist (GA Bar No. 205611)
Stephen G. McNiff (GA Bar No. 551585)
Michael C. Deane (GA Bar No. 498195)
Nick Tsui (GA Bar No. 982502)
Lindsay C. Church (GA Bar No. 651190)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone: 404-881-7240
Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Wes.Achey@alston.com
Email: David.Frist@alston.com
Email: Steve.McNiff@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com
Email: Lindsay.Church@alston.com

Michael J. Newton (TX Bar No. 24003844).
Derek Neilson (TX Bar No. 24072255)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

Thomas W. Davison (FL Bar No. 55687)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004
Telephone: (202) 239-3933
Facsimile: (202) 654-4913
Email: Tom.Davison@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross Barton (NC Bar No. 37179)
Stephen R. Lareau (NC Bar No. 42992)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC
28280-4000
Telephone: 704-444-1000
Facsimile: 704-444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Stephen.Lareau@alston.com

Marsha E. Diedrich (CA Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Tel. (213)-576-1000
Fax (213)-576-1100
E-mail: Marsha.Diedrich@alston.com

*Attorneys for Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*

/s/ *David Barkan*
Ruffin Cordell (TX Bar No. 04820550
Linda Kordziel (DC Bar No. 446386)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 2005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
Email: cordell@fr.com
Email: kordziel@fr.com

Thomas H. Reger II (TX Bar No. 24032992)
Carl E. Bruce (TX Bar No. 24036278)
David B. Conrad (TX Bar No. 24049042)
Jane Du (TX Bar No. 24076355)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: reger@fr.com
Email: bruce@fr.com
Email: conrad@fr.com
Email: du@fr.com

David Barkan (CA Bar No. 160825)
Neil Warren (CA Bar No. 272770)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: barkan@fr.com
Email: warren@fr.com

Kevin Su (MA Bar No. 663726)
FISH & RICHARDSON P.C.

One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email: su@fr.com

Attorneys for Huawei Technologies Co., Ltd.

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 15, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<em>/s/ David Barkan</em>