**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. | § § | Case No. 2:16-CV-0052-JRG-RSP |
| | § | Case No. 2:16-CV-0055-JRG-RSP |
| v. | § | Case No. 2:16-CV-0056-JRG-RSP |
| | § | Case No. 2:16-CV-0057-JRG-RSP |
| T-MOBILE US, INC., ET AL. | § | |

**Motions Hearing
MAG. JUDGE ROY PAYNE PRESIDING
June 16, 2017**

**OPEN:** 9:00 am                                                                                       **ADJOURN:** 9:50 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Mark Mann |
| | David Barkan |
| | Jane Du |
| | Thomas Reger |
| ATTORNEY FOR DEFENDANTS: | Mark Selwyn |
| | Mark Reiter |
| | Mike Jones |
| | Phillip Philbin |
| LAW CLERK: | Mike Paul |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Mark Mann announced ready and introduced co-counsel. Mike Jones announced ready for T-Mobile and introduced co-counsel. Phillip Philbin announced ready for Ericsson and introduced co-counsel.

Mark Selwyn argued Defendant T-Mobile US and T-Mobile USA, Inc.'s Motion to Compel Huawei to Produce Discovery Regarding Disclosure of the Asserted Patents to ETSI (Dkt. No. 215). Jane Du responded for Huawei Technologies. The motion was granted-in-part and denied-in-part for the reasons orally stated. The Court ordered Huawei to serve amended privilege logs in two weeks.

Court adjourned.