**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, § § v. § § T-MOBILE US, INC., T-MOBILE U.S.A., § INC., et al. § § | Case No. 2:16-CV-00052-JRG-RSP Case No. 2:16-CV-00055-JRG-RSP Case No. 2:16-CV-00056-JRG-RSP Case No. 2:16-CV-00057-JRG-RSP |

## ORDER SETTING HEARING

The Court will hear argument on the parties' pending motions for summary judgment and motions to exclude or strike expert testimony on August 22, 2017, at 9:00 a.m. Six hours will be set aside for the hearing, divided equally between Huawei and T-Mobile/Nokia. If argument on the pending motions could not be concluded in six hours, the parties are directed to meet and confer regarding which motions should be heard and inform the Court by email or telephone of any agreement reached no later than August 15, 2017.

**SIGNED this 8th day of August, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE