# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **T-MOBILE US, INC. and T-MOBILE USA, INC.,** <br><br> **Defendants,** <br><br> **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.** <br><br> **Intervenors.** | **Civil Action No. 2:16-cv-00052-JRG-RSP** <br><br> **Civil Action No. 2:16-cv-00055-JRG-RSP** <br><br> **Civil Action No. 2:16-cv-00056-JRG-RSP** <br><br> **Civil Action No. 2:16-cv-00057-JRG-RSP** <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE REGARDING PROPOSED TRIAL MANAGEMENT

Plaintiff Huawei Technologies Co. LTD., by and through their undersigned counsel, submit their proposed trial management plan and attached hereto as Attachment 1.

Respectfully submitted,

By:     */s/ J. Mark Mann*
    **J. Mark Mann**
    State Bar No. 12926150
    mark@themannfirm.com
    **G. Blake Thompson**
    State Bar No. 24042033
    blake@themannfirm.com
    **MANN | TINDEL | THOMPSON**
    300 West Main Street
    Henderson, Texas 75652
    (903) 657-8540
    (903) 657-6003 (fax)

    Ruffin Cordell
    Texas Bar No. 04820550
    cordell@fr.com
    Richard A. Sterba
    DC Bar No. 461417
    sterba@fr.com
    **FISH & RICHARDSON P.C.**
    1425 K Street, N.W., 11th Floor
    Washington, D.C. 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

    Thomas H. Reger II
    Texas Bar No. 24032992
    reger@fr.com
    Carl E. Bruce
    Texas Bar No. 24036278
    bruce@fr.com
    David B. Conrad
    Texas Bar No. 24049042
    conrad@fr.com
    Jane Du
    Texas Bar No. 24076355
    du@fr.com
    **FISH & RICHARDSON P.C.**
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

**ATTORNEYS FOR PLAINTIFF
HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 24th day of August, 2017.

*/s/ J. Mark Mann*
**J. Mark Mann**