**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | No. 2:16-cv-00052-JRG-RSP |
| Plaintiff, | No. 2:16-cv-00055-JRG-RSP |
| | No. 2:16-cv-00056-JRG-RSP |
| v. | No. 2:16-cv-00057-JRG-RSP |
| T-MOBILE US, INC. and T-MOBILE USA, INC., | JURY TRIAL DEMANDED |
| Defendants, | |
| NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., | |
| Intervenors. | |

**DEFENDANTS AND INTERVENORS'**
**RESPONSE TO PLAINTIFF'S NOTICE REGARDING**
**PROPOSED TRIAL MANAGEMENT PLAN**

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Telefonaktiebolaget LM Ericsson, and Ericsson Inc., by and through their undersigned counsel, submit their response to Plaintiff's proposed trial management plan attached hereto as Attachment 1.

Dated: August 28, 2017       By:   */s/ Mark N. Reiter*

       Mark D. Selwyn (California Bar No. 244180)
       Kathryn D. Zalewski (California Bar No. 263119)
       **WILMER CUTLER PICKERING**
       **HALE AND DORR LLP**
       950 Page Mill Road
       Palo Alto, California 94304
       (650) 858-6000

       Joseph J. Mueller (Massachusetts Bar No. 647567)
       Cynthia Vreeland (Texas Bar No. 20625150
       Massachusetts Bar No. 635143)
       **WILMER CUTLER PICKERING**
       **HALE AND DORR LLP**
       60 State Street
       Boston, MA 02109
       (617) 526-6000

       Josh A. Krevitt (New York Bar No. 2568228)
       **GIBSON, DUNN & CRUTCHER LLP**
       200 Park Avenue, 47th Floor
       New York, New York 10166
       Tel: (212) 351-4000
       Fax:  (212) 351-4035

       Mark N. Reiter (Texas Bar No. 16759900)
       **GIBSON, DUNN & CRUTCHER LLP**
       2100 McKinney Avenue, Suite 1100
       Dallas, Texas 75201
       Tel: (214) 698-3100
       Fax: (214) 571-2900

       Y. Ernest Hsin (California Bar No. 201668)
       **GIBSON, DUNN & CRUTCHER LLP**
       555 Mission Street
       San Francisco, CA 94105-0921
       Tel: (415) 393-8224
       Fax: (415) 374-8436

       Stuart M. Rosenberg (California Bar No. 239926)
       **GIBSON, DUNN & CRUTCHER LLP**
       1881 Page Mill Road
       Palo Alto, CA 94304-1211
       Tel: (650) 849-5389
       Fax: (650) 849-5089

       Michael E. Jones
       Texas Bar No. 10929400
       mikejones@potterminton.com
       E. Glenn Thames, Jr.

Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*


/s/ *John D. Haynes*
John D. Haynes (GA Bar No. 340599)
Patrick J. Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: John.Haynes@alston.com
Email: Patrick.Flinn@alston.com
Email: Michael.Deane@alston.com

Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com

Deron R. Dacus (Texas State Bar No. 790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy*

/s/ *Phillip B. Philbin*
Phillip B. Philbin (TX Bar No. 15909020)
LEAD ATTORNEY
Jamie H. McDole (TX Bar No. 24082049)
Michael D. Karson (TX Bar No. 24090198)
Tiffany M. Cooke (TX Bar No. 24087340)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
michael.karson@haynesboone.com
tiffany.cooke@haynesboone.com

*Counsel for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 28, 2017 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ *Mark N. Reiter*
Mark N. Reiter

**RESPONSE TO PLAINTIFF'S PROPOSED TRIAL MANAGEMENT PLAN**　　　　　　　　　　　4