**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,** | **No. 2:16-cv-00052-JRG-RSP** |
| Plaintiff, | **No. 2:16-cv-00055-JRG-RSP** |
| | **No. 2:16-cv-00056-JRG-RSP** |
| v. | **No. 2:16-cv-00057-JRG-RSP** |
| **T-MOBILE US, INC.** and **T-MOBILE USA, INC.,** | **JURY TRIAL DEMANDED** |
| Defendants, | |
| **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,** | |
| Intervenors. | |

**T-MOBILE AND INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE***

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy ("NSN") and Telefonaktiebolaget LM Ericsson and Ericsson Inc. ("Ericsson") (collectively "Intervenors") respectively file this unopposed motion for leave to exceed the page limit in their opposition to the Plaintiff Huawei Technologies Co. Ltd.'s ("Huawei") Motion *in Limine*[1] by no more than five pages.  T-Mobile and Intervenors respectfully submit that five additional pages are warranted to address the issues in Huawei's Motions *in Limine*.  T-Mobile conferred with Huawei and Huawei does not oppose this motion.

Dated: August 30, 2017

By: /s/ *Mark N. Reiter*

Mark D. Selwyn (California Bar No. 244180)
Kathryn D. Zalewski (California Bar No. 263119)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000

Joseph J. Mueller (Massachusetts Bar No. 647567)
Cynthia Vreeland (Texas Bar No. 20625150
Massachusetts Bar No. 635143)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Josh A. Krevitt (New York Bar No. 2568228)
Katherine Dominguez (New York No. 4741237)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000

---

[1] D.I. 304 in Civil Action No. 2:16-cv-52; D.I. 281 in Civil Action No. 2:16-cv-55; D.I. 274 in Civil Action No. 2:16-cv-56; D.I. 269 in Civil Action No. 2:16-cv-57.

Fax: (212) 351-4035

Mark N. Reiter (Texas Bar No. 16759900)
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Y. Ernest Hsin (California Bar No. 201668)
Neema Jalali (California Bar No. 245424)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart M. Rosenberg (California Bar No. 239926)
Steven Kalogeras (California Bar No. 315961)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

GIBSON, DUNN & CRUTCHER LLP
Casey J. McCracken (California Bar No. 271202)
cmccracken@gibsondunn.com
Eric T. Syu (California Bar No. 303857)
esyu@gibsondunn.com
3161 Michelson Dr.
Irvine, CA 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220

Michael E. Jones (Texas Bar No. 10929400)
Email: mikejones@potterminton.com
E. Glenn Thames, Jr. (Texas Bar No. 00785097)
Email: glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
*Counsel for Defendants T-Mobile US,*
*Inc. and T-Mobile USA, Inc.*

2

/s/ John D. Haynes
John D. Haynes (Georgia Bar No. 340599)
Patrick J. Flinn (Georgia Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
Email: John.Haynes@alston.com
Email: Patrick.Flinn@alston.com
Email: Michael.Deane@alston.com

Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (North Carolina Bar No. 37828)
Ross R. Barton (North Carolina Bar No. 37179)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com

Deron R. Dacus (Texas State Bar No. 790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite
430 Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Counsel for Intervenors Nokia Solutions
and Networks US LLC and Nokia Solutions
and Networks Oy*

3

/s/ Phillip B. Philbin
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Matthew P. Chiarizio
State Bar No. 24087294
Tiffany M. Cooke
State Bar No. 24087340
**HAYNES AND BOONE, LLP**
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
charlie.jones@haynesboone.com
michael.karson@haynesboone.com
matthew.chiarizio@haynesboone.com
tiffany.cooke@haynesboone.com

Jason T. Lao
California State Bar No. 288161
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Tel.: (949) 202-3051
Fax: (949) 202-3151
Email: jason.lao@haynesboone.com

*Counsel for Intervenors*
*Telefonaktiebolaget LM Ericsson and*
*Ericsson Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants conferred with counsel for Plaintiff on August 30 regarding the relief requested in this motion. This motion is unopposed.

*/s/ Stuart M. Rosenberg*
Stuart M. Rosenberg

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on August 30, 2017.

*/s/ Mark N. Reiter*
Mark N. Reiter
