# Cwcej o gpv'3

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Mark Reiter
Direct: +1 214.698.3360
Fax: +1 214.571.2907
MReiter@gibsondunn.com

September 5, 2017

VIA CM/ECF FILING

Honorable Roy S. Payne
United States Magistrate Judge
Sam B Hall, Jr Federal Building and United States Courthouse
100 East Houston Street
Marshall, TX 75670

Re:   *Huawei Techs Co. Ltd. v. T-Mobile US, Inc.*, No. 2:16-cv-00055:  Defendant and Intervenors' Expert Witness Potential Scheduling Conflict

Dear Judge Payne:

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy and Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Intervenors") respectfully submit this letter regarding a potential scheduling conflict with the recently rescheduled trial in the above captioned case.

Defendants and Intervenors' expert witness, Dr. David Lyon, is scheduled to testify at a trial beginning October 30th, 2017 in the Northern District of California.  The case is *Finjan, Inc. v. Blue Coat Systems LLC*, No. 5:15-cv-03295 and is being heard by Hon. Beth Freeman. Dr. Lyon is an expert witness on behalf of Finjan.  The trial is scheduled to be heard from October 30th to November 10th, 2017.

Dr. Lyon stated that Judge Freeman recently informed the parties that the trial may be continued into 2018 as she was giving priority to a criminal case.  However, if the criminal defendant pleads out, then the *Finjan* trial will proceed on October 30th as originally planned.

T-Mobile and Intervenors therefore ask the Court to note this potential scheduling conflict as the Court considers its upcoming trial dates in this matter, and the other pending matters between the parties.

**GIBSON DUNN**

Honorable Roy S. Payne
September 5, 2017
Page 2

Respectfully submitted,

By: /s/ Mark N. Reiter

Josh A. Krevitt (New York Bar No. 2568228)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Mark N. Reiter (Texas Bar No. 16759900)
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Ernest Y. Hsin (California Bar No. 201668)
Neema Jalali (California Bar No. 245424)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart M. Rosenberg (CA. Bar No. 239926)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

**GIBSON DUNN**

Honorable Roy S. Payne
September 5, 2017
Page 3

    Mark D. Selwyn
    (California Bar No. 244180)
    Kathryn D. Zalewski
    (California Bar No. 263119)
    **WILMER CUTLER PICKERING**
    **HALE AND DORR LLP**
    950 Page Mill Road
    Palo Alto, California 94304
    (650) 858-6000

    Joseph J. Mueller
    (Massachusetts Bar No. 647567)
    Cynthia Vreeland
    (Texas Bar No. 20625150
    Massachusetts Bar No. 635143)
    **WILMER CUTLER PICKERING**
    **HALE AND DORR LLP**
    60 State Street
    Boston, MA 02109
    (617) 526-6000

    Michael E. Jones
    Texas Bar No. 10929400
    mikejones@potterminton.com
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    glennthames@potterminton.com
    **POTTER MINTON, PC**
    110 North College Ave., Suite 500
    Tyler, Texas 75702
    Tel: 903-597-8311
    Fax: 903-593-0846

    *Counsel for Defendants T-Mobile US, Inc. and*
    *T-Mobile USA, Inc.*

**GIBSON DUNN**

**GIBSON DUNN**

Honorable Roy S. Payne
September 5, 2017
Page 4

                        John D. Haynes (GA Bar No. 340599)
                        Patrick Flinn (GA Bar No. 264540)
                        Michael C. Deane (GA Bar No. 498195)
                        **ALSTON & BIRD LLP**
                        1201 W. Peachtree St.
                        Atlanta, GA 30309-3424
                        Telephone: (404) 881-7000
                        Facsimile: (404) 881-7777
                        Email: Patrick.Flinn@alston.com
                        Email: John.Haynes@alston.com
                        Email: Michael.Deane@alston.com

                        Michael J. Newton (TX Bar No. 24003844)
                        **ALSTON & BIRD LLP**
                        2800 N. Harwood St., Suite 1800
                        Dallas, Texas 75201
                        Telephone: (214) 922-3400
                        Facsimile: (214) 922-3899
                        Email: Mike.Newton@alston.com

                        M. Scott Stevens (NC Bar No. 37828)
                        Ross R. Barton (NC Bar No. 37179)
                        **ALSTON & BIRD LLP**
                        Bank of America Plaza
                        101 South Tryon Street, Suite 4000
                        Charlotte, NC 28280-4000
                        Telephone: (704) 444-1000
                        Facsimile: (704) 444-1111
                        Email: Scott.Stevens@alston.com
                        Email: Ross.Barton@alston.com

GIBSON DUNN

Honorable Roy S. Payne
September 5, 2017
Page 5

        Deron R. Dacus
        Texas State Bar No. 790553
        **THE DACUS FIRM, P.C.**
        821 ESE Loop 323, Suite
        430 Tyler, TX 75701
        Telephone: (903) 705-1117
        Facsimile: (903) 581-2543
        Email: ddacus@dacusfirm.com

        *Counsel for Intervenors*
        *Nokia Solutions and Networks US LLC and*
        *Nokia Solutions and Networks Oy*

        Phillip B. Philbin (State Bar No. 15909020)
        Jamie H. McDole (State Bar No. 24082049)
        Michael D. Karson (State Bar No. 24090198)
        Tiffany M. Cooke (State Bar No. 24087340)
        HAYNES AND BOONE, LLP
        2323 Victory Avenue, Suite 700
        Dallas, Texas 75219
        Tel.: (214) 651-5000
        Fax: (214) 651-5940
        phillip.philbin@haynesboone.com
        jamie.mcdole@haynesboone.com
        michael.karson@haynesboone.com
        tiffany.cooke@haynesboone.com

        *Counsel for Intervenors Telefonaktiebolaget LM*
        *Ericsson and Ericsson Inc.*