**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § | |
| | § | Case No. 2:16-CV-00052-JRG-RSP |
| v. | § | Case No. 2:16-CV-00055-JRG-RSP |
| | § | Case No. 2:16-CV-00056-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | § | Case No. 2:16-CV-00057-JRG-RSP |
| | § | |

**ORDER**

Huawei Technologies Co. LTD ("Huawei") objects to Judge Payne's recommendation that Huawei's motion for summary judgment on the affirmative defenses and counterclaims filed by T-Mobile US, Inc., and T-Mobile U.S.A. Inc. (collectively, "T-Mobile") relating to Huawei's commitments to the European Telecommunications Standards Institute ("ETSI") be denied.[1] Having reviewed the objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Huawei's objections are **OVERRULED**.

(2) Judge Payne's Report and Recommendation is **ADOPTED**.

(3) Huawei's motions for summary judgment are **DENIED**.[2]

---

[1]  Dkt. 358 in Case No. 2:16-cv-00052;
Dkt. 327 in Case No. 2:16-cv-00055;
Dkt. 313 in Case No. 2:16-cv-00056;
Dkt. 311 in Case No. 2:16-cv-00057.

[2]  Dkt. 257 in Case No. 2:16-cv-00052;
Dkt. 246 in Case No. 2:16-cv-00055;
Dkt. 248 in Case No. 2:16-cv-00056;

**So ORDERED and SIGNED this 6th day of September, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

Dkt. 242 in Case No. 2:16-cv-00057.