# EXHIBIT 1

## Confidential Information
## FILED UNDER SEAL