# EXHIBIT 2

## Confidential Information
## FILED UNDER SEAL