# EXHIBIT 3

## Confidential Information
## FILED UNDER SEAL