# EXHIBIT 4

**Confidential Information**

**FILED UNDER SEAL**