# EXHIBIT 5

## Confidential Information
## FILED UNDER SEAL