# EXHIBIT 6

**Confidential Information**

**FILED UNDER SEAL**