# EXHIBIT 7

**Confidential Information**

**FILED UNDER SEAL**