IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>　　　Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>　　　Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>　　　Intervenors. | No. 2:16-cv-00052-JRG-RSP<br>No. 2:16-cv-00055-JRG-RSP<br>No. 2:16-cv-00056-JRG-RSP<br>No. 2:16-cv-00057-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS AND INTERVENORS' MOTION TO COMPEL PRODUCTION OF CLAWED-BACK DOCUMENTS**

Before the Court is Defendants and Intervenors' Motion to Compel Production of Clawed-Back Documents. Having reviewed the motion, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that Plaintiff Huawei Technologies Co., Ltd. shall produce to Defendants and Intervenors the clawed-back documents sought by Defendants and Intervenors' motion.